IN the INTEREST OF: S.T. and P.T.;

Juvenile Officer, Respondent,

v.

B.T. (Father), Appellant.

WD 77700 Consolidated with WD 77701

Missouri Court of Appeals,
Western District.

ORDER FILED: January 27, 2015

Summer A. Duke, St. Joseph, MO, for respondent.

Lindsey C. Bachman, St. Joseph, MO, for appellant.

Before Division One: Cynthia L. Martin, Presiding Judge, Thomas H. Newton, Judge and Mark D. Pfeiffer, Judge

### ORDER

Per curiam:

B.T. appeals a judgment terminating his parental rights to his son, P.T., and his daughter, S.T. Because the trial court did not err in finding that clear and convincing evidence established a statutory ground for terminating B.T.'s parental rights, and did not err in finding by a preponderance of the evidence that termination of B.T.'s parental rights was in the best interests of P.T. and S.T., we affirm. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Frederick Alfred DAVIS, Jr., Appellant.

WD 77340

Missouri Court of Appeals,
Western District.

ORDER FILED: January 27, 2015

Erika Eliason, Columbia, MO, Counsel for Appellant

Robert Reinhardt, St. Joseph, MO, Counsel for Respondent

Before Division One: Cynthia L. Martin, P.J., Thomas H. Newton, and Mark D. Pfeiffer, JJ.

### ORDER

Per Curiam:

Mr. Frederick Alfred Davis, Jr., appeals a conviction of the Class B misdemeanor of peace disturbance.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).